UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TAIJAH JACKSON,<br><br>                              Plaintiff<br><br>     v.<br><br>CLARK COUNTY DETENTION CENTER, et al.,<br><br>                              Defendants | Case No. 2:23-cv-01796-GMN-MDC<br><br>ORDER |

According to the Clark County Detention Center inmate database, Plaintiff Taijah Jackson is no longer housed at that facility. And mail sent to Plaintiff has been returned as undeliverable. (ECF No. 4). But Plaintiff has not filed an updated address with the Court as required under Nevada Local Rule IA 3-1. And Plaintiff's application to proceed *in forma pauperis* for inmate is moot because Plaintiff is no longer in custody.

It is therefore ordered that Plaintiff has **until September 2, 2024**, to file an updated address with the Court.

It is further ordered that Plaintiff's application to proceed *in forma pauperis* for an inmate (ECF No. 1) is denied as moot.

It is further ordered that Plaintiff has **until September 2, 2024,** to either pay the full $402 filing fee for this civil action or file a fully complete application to proceed *in forma pauperis* for non-inmates.

It is further ordered that this action will be subject to dismissal without prejudice if Plaintiff fails to timely comply with this order.

The Clerk of the Court is directed to send Plaintiff the approved form application to proceed *in forma pauperis* for non-inmates and the information and instructions for it.

DATED THIS 2nd day of August 2024.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge